Matter of Joannie E. v Bobby C. (2023 NY Slip Op 00154)

Matter of Joannie E. v Bobby C.

2023 NY Slip Op 00154

Decided on January 12, 2023

Appellate Division, First Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided and Entered: January 12, 2023

Before: Kern, J.P., Oing, Scarpulla, Pitt-Burke, Higgitt, JJ. 

Docket No. V-01844/21 Appeal No. 17083 Case No. 2021-02158 

[*1]In the Matter of Joannie E., Petitioner-Appellant,
v
Bobby C., Sr., et al., Respondents.

Beth E. Goldman, New York (Rachel Lieb of counsel), for appellant.

Appeal from order, Family Court, Bronx County (Aija Tingling, J.), entered on or about May 18, 2021, which sua sponte dismissed petitioner's petition for custody of the subject child without prejudice, unanimously dismissed, without costs.
No appeal as of right lies from the order for review, which was issued sua sponte (see CPLR 5701[a][2]; Sholes v Meagher , 100 NY2d 333, 335 [2003]). THIS CONSTITUTES THE DECISION AND ORDER
OF THE SUPREME COURT, APPELLATE DIVISION, FIRST DEPARTMENT.
ENTERED: January 12, 2023